AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Taylor Jr. | ) | Case No. |
| and | ) | 5:24-mj-1086-PRL |
| Alexandria Stevens | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 24, 2023__ in the county of __Lake__ in the __Middle__ District of __Florda__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | use, employ, induce, entice, persuade, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, in and affecting interstate or foreign commerce |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Rodney Hyre, FBI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __March 25, 2024__

_____
Judge's signature

City and state: __Ocala, Florida__      U.S. Magistrate Judge Philip R. Lammens
Printed name and title

STATE OF FLORIDA                                         CASE NO. 5:24-mj-1086-PRL

COUNTY OF MARION

## AFFIDAVIT

## INTRODUCTION

I, Rodney Hyre, being duly sworn, do hereby depose and state as follows:

1. For the past 22 years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I am currently assigned to the Tampa Division, Orlando Resident Agency.

2. Since 2009, I have been investigating crimes against children. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. I submit this affidavit in support of a criminal complaint against MICHAEL TAYLOR JR. ("TAYLOR") and ALEXANDRIA STEVENS

("STEVENS"). As set forth in more detail below, I believe there is probable cause to believe that on or about November 24, 2023, TAYLOR and STEVENS used, employed, induced, enticed, persuaded, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct through the use of a cellphone that traveled in, and is a facility of interstate commerce, in violation of 18 U.S.C. § 2251(a).

4.  I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and a review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth every fact learned during this investigation.

## INVESTIGATION

5.  On March 13, 2024, the Burlington County Prosecutor's Office was provided with CyberTipline Report Nos. 189307505, 189307562, 189307727, 189307619, 189307535, 189307585 from the New Jersey State Police Internet Crimes Against Children Unit, who initially received the CyberTipline Report from the National Center for Missing and Exploited Children (NCMEC). NCMEC is a national clearinghouse that gathers information about missing and sexually exploited children for law enforcement use. After receiving a CyberTipline Report, NCMEC disseminates the information to the appropriate law enforcement agency based on the geolocation of the reported IP address.

6. According to the NCMEC report, on March 9, 2024, at 21:16:12 UTC and at 21:22:21 UTC, Sony Interactive Entertainment became aware of six image files of possible child sexual abuse material (CSAM) distributed through the Sony Interactive Entertainment account "T K Y O," associated with username "Gouji" and email address "soka300k@gmail.com."[1] The IP address captured and provided was 10.242.140.66. One of the image files is described below:

> File Name: csfile_1710173214907.jpg
>
> This image file depicts a pre-pubescent female lying on her back with her ankles crossed and legs splayed open. The pre-pubescent female is wearing peach-colored panties, which are pulled down, and she is also wearing a white shirt. The pre-pubescent female is holding a phone in her hand and appears to be looking at something on the phone. The pre-pubescent female is lying on what appears to be a mattress with no sheets on it. The pre-pubescent female's vagina is clearly visible and is the focal point of the image. There is no visible body hair or pubic hair and there is little to no breast development.

7. On March 14, 2024, Detective Sergeant Kevin Sobotka of the Burlington County Prosecutor's Office sent an emergent subpoena to Sony Interactive Entertainment LLC to request records associated with Sony Interactive Entertainment User "Gouji" with email address "soka300k@gmail.com." Sony Interactive

---

[1] The six files were reviewed by an employee of Sony Interactive Entertainment.

Entertainment LLC responded to the subpoena request and provided an Excel spreadsheet of IP login data and the following subscriber information for Sony Interactive Entertainment User "Gouji" with email address soka300k@gmail.com.

8. The account belongs to Michael E. Taylor Jr., 17 Triangle Ln., Wilmington, New Jersey. The telephone number associated with the account is \*\*\*-\*\*\*-9484.

9. On March 14, 2024, Detective Sergeant Sobotka sent an emergency subpoena to Comcast Communications to request the subscriber information for IP Address 73.197.133.78 on March 10, 2024, at 23:18:53 PDT. This IP address was previously identified by subpoena return from Sony Interactive Entertainment as being associated with the account responsible for the upload of the six files of CSAM on March 9, 2024.

10. On March 14, 2024, Comcast Communications responded to the subpoena request and provided the following subscriber information:

Name:   Sylvia Taylor

Address: 17 Triangle Lane

   Willingboro, NJ 08046

11. A search of the Department of Motor Vehicle's Records showed that Michael Eugene Taylor Jr., born in 1997, has a listed address of 17 Triangle Lane, Willingboro, NJ 08046-3730.

## Execution of Search Warrant

12.     Based on this information, the Burlington County Prosecutor's Office sought and received a search warrant for the residence located at 17 Triangle Ln., Wilmington, New Jersey. On March 14, 2024, law enforcement in New Jersey executed a search warrant at this residence.

13.     TAYLOR, STEVENS, M.T.S. and S.T. were all present at the time of the search warrant. On-scene previews of media devices were performed during the search.  On TAYLOR's phone, investigators located screen shots showing STEVENS performing oral sex on a child. STEVENS and TAYLOR both admitted that these images did portray STEVENS performing oral sex on a child. TAYLOR admitted to being the person who videotaped this event. STEVENS further provided that the child in the video was an 8-year-old child (hereinafter referred to as CV1).  TAYLOR and STEVENS both admitted that they produced this video while visiting STEVENS' family in Orlando, Florida over the Thanksgiving holiday in November 2023.  On an iPhone XR that was located in STEVENS's and TAYLOR's bedroom, investigators found a 20-second video of STEVENS performing oral sex on CV1. TAYLOR can be heard in the video directing STEVENS to pull her hair back so that CV1's vagina is visible in the video. Investigators believe this second device is STEVENS's phone, because the telephone number associated with the phone is the same number that STEVENS provided during her interview.

### Interview of CV1 and her parents

14. On March 19, 2024, Task Force Officer Jennifer Wing and I interviewed the parents of CV1. Both parents were shown still images of the face of the child which were taken from the video of the child having oral sex performed on her by an adult. Both parents affirmed that the child's picture they were shown was their 8-year-old daughter (CV1). The parents also affirmed that the background was a bedroom located inside their residence in Lady Lake, Lake County, Florida, which is in the Middle District of Florida. According to CV1's parents, STEVENS and TAYLOR arrived four days prior to Thanksgiving and stayed for two weeks, placing their visit from approximately November 20, 2023, to December 4, 2023.

15. On March 19, 2024, CV1 was interviewed by an FBI Child and Adolescent Forensic Interviewer (CAFI). CV1 disclosed that STEVENS performed oral sex on her, while at CV1's home on at least four separate occasions during the time of STEVENS's Thanksgiving visit in November 2023. CV1 also said that when she was 7 years of age, STEVENS would Facetime with CV1 and have CV1 touch her vagina with her fingers while STEVENS would watch and tell CV1 what to do. CV1 stated that TAYLOR was responsible for STEVENS performing oral sex on CV1, and that TAYLOR beats STEVENS. CV1 also relayed that STEVENS told CV1 to never tell the police about what had happened, or STEVENS would get in trouble.

### Snapchat Communications between TAYLOR and STEVENS

16. STEVENS's cell phone also contains Snapchat communication between TAYLOR (user name "phillyloud215") and STEVENS (user name "mikeswifeyyy").

6

Between June 23, 2023, and August 5, 2023, 19 images and 3 videos of CSAM of CV1 were sent by TAYLOR to STEVENS. On August 5, 2023, an excerpt of the following messages was also sent:

> **MIKESWIFEYYY**  8/5/2023 2:51:03 AM
> The collection keep it until we get more save all the pics and videos in here

> **MIKESWIFEYYY**  ↗ Sent  8/5/2023 2:51:17 AM
> Don't delete it out your gallery

17. On August 5, 2023, STEVENS took part in a video call with CV1, which was recorded. While on the video call with CV1, STEVENS and TAYLOR are seen engaged in sexual intercourse with one another as CV1 watches. STEVENS also transmitted five images of CSAM of CV1, which appear to be screenshots taken during a video call on STEVENS's cell phone.

18. On August 9, 2023, the following conversation occurred between TAYLOR and STEVENS:

7



The name redacted from the above chat is that of CV1.

19.     On October 27, 2023, TAYLOR transmitted multiple images and videos containing CV1 that appear to be images or excerpts from a live video chat. One video depicts CV1 rubbing her vagina with her fingers and one image depicts CV1 inserting her ring finger into her vagina while STEVENS displays her vagina and watches CV1 on the inset during a video chat. The image appears to have been taken in STEVENS's and TAYLOR's residence in New Jersey. An excerpt of the messages between TAYLOR and STEVENS are seen below:

8



20. The below messages were sent after the image of CV1 inserting a finger into her vagina was sent:



**MIKESWIFEYYY**  ↗ Sent  10/27/2023 11:51:15 AM
U be screenshotting at the perfect times 😭

**PHILLYLOUD215**  ✓ Received  10/27/2023 11:52:08 AM
Mmm coochie

**PHILLYLOUD215**  ✓ Received  10/27/2023 11:52:12 AM
Lick it lexi

**MIKESWIFEYYY**  ↗ Sent  10/27/2023 11:52:14 AM
Ok

**MIKESWIFEYYY**  ↗ Sent  10/27/2023 11:52:16 AM
Licks

**MIKESWIFEYYY**  ↗ Sent  10/27/2023 11:52:20 AM
Mmm^

**PHILLYLOUD215**  ✓ Received  10/27/2023 11:53:27 AM
Wish I could see u eating her pussy in the bed

**MIKESWIFEYYY**  ↗ Sent  10/27/2023 11:53:30 AM
Me too



[name of CV1 redacted]





21. On October 29, 2023, multiple images of CV1 nude were sent from TAYLOR to STEVENS. The following is an excerpt of their chat:



22. On October 30, 2023, three images of CV1 nude and in various poses were sent from TAYLOR to STEVENS. In one image, STEVENS's vagina can be seen in the inset of the image. In one image, STEVENS' face can be seen in the inset of the image.

23. On November 19, 2023, two nude images of CV1 were transmitted by TAYLOR to STEVENS. In the first image, STEVENS' vagina can be seen in the inset.

24. On November 23, 2023, messages between TAYLOR and STEVENS were sent. At this time, TAYLOR and STEVENS were in Lady Lake, Florida during the Thanksgiving trip visiting CV1 in person. An excerpt of the messages is below:

> **PHILLYLOUD215** ✓ Received  11/23/2023 6:29:04 PM
> Remember to say my coochie stinks with her and kiss on the lips

> **PHILLYLOUD215** ✓ Received  11/24/2023 10:38:36 AM
> Do another video when he leave with that blue eye liner filter and stick your tounge out with ▮▮▮ and make your tongues tongue and then kiss her and make a cute face at the end

[name of CV1 redacted]

> **PHILLYLOUD215** ✓ Received  11/24/2023 3:07:11 PM
> Matter fact ima record it next time and ima tell u what to do

25.    On November 24, 2023, while in Lady Lake, Florida, TAYLOR transmitted four videos of CSAM of CV1 to STEVENS. The first video is five seconds in duration and depicts CV1 lying on her back, wearing a black and white horizontally striped shirt and no pants, with her legs spread as STEVENS grabs her right leg and moves it to make CV1 spread her legs wider. The second video is eleven seconds in duration and depicts CV1 lying on her back on a bed wearing only a black and white horizontally striped shirt. At approximately 0:01, a female voice, believed to be STEVENS, can be heard saying "rub it," at which point CV1 takes her right hand and rubs her vagina; CV1 then switches to using her left hand and then the video file ends. The third video is approximately 15 seconds in duration and depicts CV1 wearing only a black and white horizontally striped shirt. CV1 is depicted on her knees and elbows in a bent over position on the bed. A female voice, believed to be STEVENS, can be

heard saying "keep going, bend over, higher, like that, twerk," and CV1 is seen obeying those commands. The fourth video is approximately 26 seconds in duration and depicts CV1 lying on her back on a mattress with her legs up in the air. CV1 is wearing only a black and white horizontally striped shirt. At approximately 0:04 seconds, STEVENS leans into view of the camera and begins to perform oral sex on CV1. At approximately 0:09 seconds, a male voice, believed to be TAYLOR, says, "babe move your hair." When that is said, a black male arm reaches in and moves STEVENS's hair. The adult male then says, "alright, go," at which point STEVENS leans back in and resumes performing oral sex on CV1. Through interviews with STEVENS and TAYLOR, it was determined that the African American male is TAYLOR taking the video.[2]

26. After the videos were sent, TAYLOR and STEVENS continued communicating via Snapchat. An excerpt of the conversation is below:

---

[2] The charge in the complaint refers to these four videos.



27.     On November 25, 2023, TAYLOR transmitted an image of CSAM of CV1 to STEVENS. CV1 is wearing only pink/purple shirt and STEVENS is performing oral sex on her.

28.     Another excerpt of a conversation between TAYLOR and STEVENS, on November 26, 2023, is below:

17



## CONCLUSION

29.  In light of the above, I submit there is probable cause to believe that on or about November 24, 2023, TAYLOR and STEVENS used, employed, induced, enticed, persuaded, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct through the use of a device that traveled in, and is a facility of interstate commerce, in violation of 18 U.S.C. § 2251(a).

_____
Rodney Hyre, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate by phone conference consistent
with Fed. R. Crim. P. 4.1 and 4(d) before me
this 25th day of March 2024.

_____
The Honorable Philip R. Lammens
United States Magistrate Judge